UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SIMON POSEN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>J. MICHAEL OZIER AND<br>　TOLLIVER LAW FIRM, P.C.,<br><br>　　　　　　Defendants. | Case No. CV-17-07-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

　　　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**　　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

JUDGMENT IN FAVOR OF DEFENDANTS AGAINST PLAINTIFF.

　　　　Dated this 26th day of September, 2017.

　　　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　　　By: /s/ A. Carrillo
　　　　　　　　　　　　　　　　A. Carrillo, Deputy Clerk